[No. 1244-2.   Division Two.   October 7, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID A. POLACEK, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-

litz County, No. 4995, Frank L. Price, J., entered October 5, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.